RECEIVED
JUL 2 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRITTANY MAXWELL, Plaintiff | CIVIL ACTION NO. 16-CV-00300 |
| VERSUS | CHIEF JUDGE DRELL |
| BRENT LESNICK, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. 5) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28th day of July, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT